No. 04M58. CURTO *v.* ROTH ET AL.; and

No. 04M59. BRENDA S. *v.* ST. VINCENT'S SERVICES. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 04–7160. IN RE BLEDSOE. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [543 U. S. 1048] denied.

No. 04–7296. RUIZ RIVERA *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 1st Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [543 U. S. 1048] denied.

No. 04–7297. RUIZ RIVERA *v.* KPMG PEAT MARWICK ET AL. C. A. 1st Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [543 U. S. 1118] denied.

No. 04–7317. CARNOHAN *v.* NEWCOMB. Sup. Ct. Cal. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [543 U. S. 1118] denied.

No. 04–8116. S. C. ET VIR *v.* R. Y. ET UX. Sup. Ct. Miss. Motion of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until April 11, 2005, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

No. 04–1119. IN RE BORELLI; and

No. 04–8807. IN RE WHEELER. Petitions for writs of habeas corpus denied.

No. 04–38. MILLER *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–544. LEWIS, WARDEN, ET AL. *v.* CHIA. C. A. 9th Cir. Certiorari denied.

No. 04–559. BAYER AG ET AL. *v.* PAUL. C. A. 11th Cir. Certiorari denied.

No. 04–670. ALERU *v.* GONZALES, ATTORNEY GENERAL. C. A. 8th Cir. Certiorari denied.